# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>SEITU SULAYMAN KOKAYI<br><br>*Defendant(s)* | Case No. 18-MJ-406<br><br>**UNDER SEAL** |

AUG 22 2018

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 2, 2018 -August 19, 2018 in the county of Alexandria in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422(b) | Coercion and enticement of a juvenile to engage in unlawful sexual activity. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Sean Clark, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/22/18

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Theresa Carroll Buchanan, Magistrate Judge
*Printed name and title*