# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

## Place of Offense:

☒ **Under Seal**

**Judge Assigned:**

City: Alexandria

Superseding Indictment:

**Criminal No.** 1:18-mj- 406

County:

Same Defendant:

New Defendant:

Magistrate Judge Case No.

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Seitu Sulayman Kokayi   Alias(es):   ☐ Juvenile  FBI No.

**Address:** Alexandria, VA  22310

Employment:

**Birth Date:** 1989   **SSN:**   **Sex:** Male   Race:   Nationality:

**Place of Birth:**   Height: 5'7"   Weight: 165   Hair: brown   Eyes: brown   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   Counsel Conflicts:

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Kellen Dwyer   **Phone:** (703) 299-3707   Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent, Sean Clark, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 2422(b) | Soliciting a Child | 1 | Felony |
| Set 2: | | | | |
| Date: | | AUSA Signature: | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form        Reset Form