UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARRROLL BUCHANAN</u>

UNITED STATES OF AMERICA

HEARING: <u>PH/DH</u> CASE #: <u>18MJ406</u>

-VS-

DATE: <u>8/24/18</u> TIME: <u>2:00 pm</u>

TYPE: <u>FTR RECORDER</u> DEPUTY CLERK: <u>T. FITZGERALD</u>

<u>Seitu Kokayi</u>
<u>UNDER SEAL</u>

COUNSEL FOR THE UNITED STATES: <u>K. Dwyer</u>

COUNSEL FOR THE DEFENDANT: <u>E. Mullin</u>

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED: ( X ) WITH COUNSEL ( ) WITHOUT COUNSEL

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____ ( ) DFT. TO RETAIN COUNSEL

( X ) GVT. CALL WITNESS & ADDUCES EVIDENCE (Affidavit)

( X ) EXHBIT # <u>1</u> ADMITTED

( X ) PROBABLE CAUSE: FOUND ( X ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( X ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: Agent adopts the Affidavit as part of his testimony; Cross examination of witness; No args. as to PC. USA seeks detention; Deft. argues for Bond w/cond.- DENIED.

CONDITIONS OF RELEASE:
($  ) UNSECURED ($  ) SECURED (  ) PTS (  ) 3RD PARTY (  ) TRAVEL RESTRICTED •
(  ) APPROVED RESIDENCE (  ) SATT (  ) PAY COSTS (  ) ELECTRONIC MONITORING (  )
TEST/TREAT (  ) ROL (  ) NOT DRIVE (  ) FIREARM (  ) PASSPORT (  ) AVOID CONTACT
(  ) ALCOHOL & DRUG USE (  ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS w/o Bond pending trial.
(  ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
(  ) DH (  ) PH (  ) STATUS (  ) TRIAL (  ) JURY (  ) PLEA (  ) SENT (  ) PBV (  ) SRV (  ) R5