IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEITU SULAMAN KOKAYI,<br><br>Defendant. | Case No. 18-MJ-406 |

## ORDER

The UNITED STATES, having moved for the limited unsealing of the above-captioned matter and the documents filed in it; and

The COURT, having considered the motion; it is hereby

ORDERED, ADJUDGED, and DECREED that this Order and all other the documents filed in the above-captioned matter, with the exception of the affidavit in support of the criminal complaint and the government's motion for limited unsealing, be unsealed. The sealed complaint affidavit may nonetheless be reviewed in the presence of defense counsel by such individuals as defense counsel deems necessary for preparing a defense.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Honorable Theresa C. Buchanan
United States Magistrate Judge

Date: September 4, 2018
Alexandria, Virginia