## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL CASE |
| | ) | |
| v. | ) | Criminal No. 1:18MJ406 |
| | ) | |
| SEITU SULAYMAN KOKAYI, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of Defendant's Motion for Substitution of Counsel and for good cause shown, it is hereby ORDERED that the Federal Public Defender is relieved of appointment in the above-captioned case and attorney Mark Petrovitch is hereby counsel of record.

9/26/18

/s/
Theresa Carroll Buchanan
United States Magistrate Judge