IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 18-mj-406 |
| ) | |
| SEITU SULAYMAN KOKAYI, ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

THE COURT WILL PLEASE enter my appearance as co-counsel for Mr. Kokayi in the above styled matter.

Please contact this office with any problems or questions.

Respectfully submitted,
SEITU SULAYMAN KOKAYI
By counsel

Anthony H. Nourse, Esquire
VSB No. 40335
4151 Chain Bridge Road
Fairfax, Virginia 22030
(703) 881-9161
(703) 881-9162 (fax)
ahn@fairfaxdefense.com
Co-Counsel for Defendant