IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEITU SULAYMAN KOKAYI,<br><br>Defendant. | Case No. 18-MJ-406 |

## **ORDER**

Upon the motion of the United States, by and through its attorneys, and the defendant, Seitu Sulayman KOKAYI, by and through his attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant Seitu Sulayman KOKAYI be and is hereby extended up to and including November 8, 2018. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed. *No further extension will be granted.* /LMB/

Date: October 19, 2018
Alexandria, Virginia

/s/ Leonie M. Brinkema
Leonie M. Brinkema
United States District Judge