# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:** ☐ Under Seal

- **City:** Alexandria
- **County:** Fairfax
- **Superseding Indictment:** 
- **Same Defendant:** 
- **Magistrate Judge Case No.:** 1:18-MJ-406
- **Search Warrant Case No.:** 
- **Judge Assigned:** LMB
- **Criminal No.:** 1:18-CR-410
- **New Defendant:** 
- **Arraignment Date:** 
- **R. 20/R. 40 From:** 

## Defendant Information:

- **Defendant Name:** SEITU SULAYMAN KOKAYI
- **Alias(es):** 
- ☐ Juvenile  **FBI No.:** 
- **Address:** Alexandria, VA 22310
- **Employment:** 
- **Birth Date:** 1989
- **SSN:** 3746
- **Sex:** Male
- **Race:** 
- **Nationality:** 
- **Place of Birth:** 
- **Height:** 5'7"
- **Weight:** 165
- **Hair:** Brown
- **Eyes:** Brown
- **Scars/Tattoos:** 
- ☐ Interpreter  **Language/Dialect:** 
- **Auto Description:** 

## Location/Status:

- **Arrest Date:** 
- ☒ Already in Federal Custody as of: ___ in: ADC
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Mark Petrovich
- **Address:** 10605 Judicial Drive, Suite A-5; Fairfax, VA 22030
- **Phone:** (703) 934-9191
- ☐ Court Appointed
- ☒ Retained
- ☐ Public Defender
- **Counsel Conflicts:** 
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Kellen Dwyer
- **Phone:** (703) 299-3707
- **Bar No.:** 

## Complainant Agency – Address & Phone No. or Person & Title:

Federal Bureau of Investigation, Special Agent Sean Clark

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor | 1 and 2 | Felony |
| Set 2: | 18 U.S.C. § 1470 | Transfer Obscene Mat'l to a Minor | 3 | Felony |

**Date:** 11/8/18  **AUSA Signature:** *[signed] Kellen Dwyer*  *may be continued on reverse*