IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 18-CR-410 |
| SEITU SULAYMAN KOKAYI, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF INTENT TO USE
FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION**

    The United States hereby provides notice to defendant Seitu Sulayman Kokayi and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829. This *Notice of Intent* was also submitted to the Magistrate Court, the defendant, and the defendant's counsel on August 24, 2018, prior to the detention hearing in this matter.

                                              Respectfully submitted,

                                              G. Zachary Terwilliger
                                              United States Attorney

By:         /s/        
            Kellen S. Dwyer
            Dennis M. Fitzpatrick
            Assistant United States Attorneys
            Office of the United States Attorney
            2100 Jamieson Avenue
            Alexandria, VA 22314

Phone: 703-299-3707  
Dennis.fitzpatrick@usdoj.gov

      /s/  
Joseph Attias  
Trial Attorney  
National Security Division  
U.S. Department of Justice  
950 Pennsylvania Ave., NW  
Washington, DC 20530  
Phone: 202-616-0736  
Joseph.Attias@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

By:    /s/  
     Dennis M. Fitzpatrick  
     Assistant United States Attorney