# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States *Plaintiff* v. SEITU KOKAYI *Defendant* | ) ) ) Case No. 1:18-CR-410 ) ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States.

Date: 11/08/2018

/s/
*Attorney's signature*

Dennis M. Fitzpatrick VSB 44858
*Printed name and bar number*

Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
*Address*

dennis.fitzpatrick@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3580
*FAX number*