IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | 1:18-cr-00410 (LMB) |
|  | ) |  |
| SEITU SULAYMAN KOKAYI, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

The Government has filed a Motion for (1) Sufficient Time to Respond to FISA-Related Motion and (2) Modification of Trial Schedule [Dkt. No. 46]. The motion is scheduled for argument on January 4, 2019; however, because that is past the currently scheduled response deadline of January 2, 2019, it is hereby

ORDERED that the portion of the motion requesting more time to respond is GRANTED to the extent that the January 2, 2019 deadline for responding to the FISA-related defense motion is VACATED; and it is further

ORDERED that defense counsel file a response to the Government's motion by December 28, 2018.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 21st day of December, 2018.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge