IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | 1:18-cr-410 (LMB) |
|  | ) |  |
| SEITU SULAYMAN KOKAYI, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the government's Motion for Extension of Time to File FISA Response and Modification of Trial Schedule [Dkt. No. 46] be and is GRANTED, and it is further

ORDERED that defendant's Objection to Government's Proposed Evidence with Regard to the Motion to Suppress [Dkt. No. 53] be and is OVERRULED, and it is further

ORDERED that the trial date is RESCHEDULED from Tuesday, February 5, 2019 at 10:00 a.m. to Monday, April 8, 2019 at 10:00 a.m.

The Clerk is directed to reschedule the trial and to forward copies of this Order to counsel of record.

Entered this 4th day of January, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge