UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:18-cr-00410 |
| | ) | |
| v. | ) | **FILED *IN CAMERA, EX PARTE*,** |
| | ) | **AND UNDER SEAL WITH THE** |
| SEITU SULAYMAN KOKAYI, | ) | **CLASSIFIED INFORMATION** |
| | ) | **SECURITY OFFICER OR** |
| | ) | **DESIGNEE** |
| Defendant. | ) | |

**(U) GOVERNMENT'S CLASSIFIED *IN CAMERA, EX PARTE* MEMORANDUM OF LAW AND MOTION FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**