IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:18-cr-410 (LMB) |
| ) | |
| SEITU SULAYMAN KOKAYI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the defendant's Motion to Suppress Statements [Dkt. No. 42] and Motion for Release from Custody [Dkt. No. 57] be and are DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18 day of January, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge