IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:18-cr-00410 |
| v. | ) | |
| | ) | Filed with Classified Information |
| SEITU SULAYMAN KOKAYI, | ) | Security Officer *Ex Parte*, *In* |
| | ) | *Camera*, and Under Seal |
| Defendant. | ) | |

CLASSIFIED ORDER GRANTING GOVERNMENT'S MOTION FOR A
PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED
INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES
OF CRIMINAL PROCEDURE

#63