IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CR-00410 |
| | ) | |
| SEITU SULAYMAN KOKAYI, | ) | |
| | ) | |
| Defendant. | ) | The Honorable Leonie M. Brinkema |

**<u>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR WAIVER OF JURY</u>**

Pursuant to Fed. R. Crim. P. 23 (a), the government hereby notifies the Court and the defendant of its consent to a non-jury bench trial in this matter. The government does not oppose the defendant's motion for a jury waiver in this matter. (Dkt. No. 73). Trial in this matter is scheduled to begin on Monday, April 8, 2019, at 10:00 a.m. (Dkt. Nos. 54-55).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:       /s/
Kellen S. Dwyer
Dennis M. Fitzpatrick
Assistant United States Attorneys
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Ph: (703) 299-3700
Fax: (703) 299-3981
dennis.fitzpatrick@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2019, I filed the foregoing pleading with the Clerk of the Court, who will then send a notification of such filing (NEF) to all counsel of record.

                                              /s/
                                    Dennis M. Fitzpatrick
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    2100 Jamieson Avenue
                                    Alexandria, Virginia 22314