IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **1:18CR410** |
| | ) | |
| v. | ) | |
| | ) | |
| SEITU SULAYMAN KOKAYI | ) | |

## TRIAL EXHIBIT CUSTODY FORM

Government/Defendant Exhibit(s) **1** - **82** were received on **April 1, 2019**.

_____
Signature of person receiving exhibits

---

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed.

_____
Signature of person receiving exhibits