UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | Criminal No. 1: 18-CR-410-LMB |
|---|---|
| v. | Hon. Leonie M. Brinkema |
| SEITU SULAYMAN KOKAYI, | Trial Date: April 8, 2019 |
| Defendant. | |

# GOVERNMENT'S TRIAL EXHIBIT LIST

The United States of America, by and through its attorneys G. Zachary Terwilliger, United States Attorney, Kellen S. Dwyer and Dennis M. Fitzpatrick, Assistant United States Attorneys, and Joseph Attias, Special Assistant United States Attorney, hereby submits its list of exhibits.

| GX | Description | Offer | Admit |
|---|---|---|---|
| 1. | Kokayi Resume | | |
| 2. | 2/18/2018 text to different minor student with link to video titled "The Role of Muslim Women" | | |
| 3. | Subscriber information for Kokayi Instagram account | | |
| 4. | Select photographs of Minor Female MFV (MFV) from her Instagram account | | |
| 5. | 4/22/18 video of Kokayi driving while MFV tries to touch his face, saved on defendant's phone | | |
| 6. | 6/1/18 Instagram direct message from Kokayi to MFV saying "Happy Birthday" | | |
| 7. | 6/1/18 Instagram direct message from Kokayi to MFV saying "Drum Solo for your birthday" | | |
| 8. | 6/1/18 Instagram direct message from Kokayi to MFV saying "So happy for you" | | |
| 9. | 6/11/18 Kokayi text to old number used by MFV to thank her family for having him over for dinner | | |
| 10. | [omitted] | | |
| 11. | [omitted] | | |
| 12. | 6/18/18—6/25/18 Emails between Kokayi and MFV about Kokayi helping MFV get a visa | | |
| 13. | Google subscriber information for Kokayi's Gmail account | | |

| 14. | Document identifying MFV's age found on Kokayi's computer | | |
|---|---|---|---|
| 15. | [omitted] | | |
| 16. | Text messages and attached photographs sent to defendant showing MFV's green card and travel itinerary | | |
| 17. | 7/24/18 Instagram direct messages between Kokayi and MFV regarding a ride to the airport on 8/4/18 | | |
| 18. | 7/27/18 Instagram direct message from Kokayi to MFV on Instagram stating "I just feel like I've been chasing you guys down lately" | | |
| 19. | 7/27/18 Instagram direct message from Kokayi to MFV, stating "I just feel like I've been running into a wall" | | |
| 20. | 8/1/18 Instagram direct message from Kokayi to MFV regarding picture MFV posted on Instagram | | |
| 21. | 8/2/18 text between Kokayi and MFV from MFV's sister's phone regarding taking MFV and her sister to airport | | |
| 22. | Recording from 8/4<br>Session ID Number: 224855556 | | |
| 22(a) | Excerpts from above call<br>22A-1<br>22A-2<br>22A-3 | | |
| 22(b) | Transcripts of GX 22 Excerpts<br>22B-1<br>22B-2<br>22B-3 | | |
| 23. | 8/4/18 Instagram messages between Kokayi and MFV re MFV's new phone number | | |
| 24. | 8/4/18 3 second video of Kokayi driving and saying "of course" recovered from MFV's phone | | |
| 25. | 8/4/18 3 second video of Kokayi putting on sunglasses and MFV saying "dimples" recovered from MFV's phone | | |
| 26. | [omitted] | | |
| 27. | 8/7/18 Kokayi text to MFV stating "I hope it doesn't make you feel some type of way towards me" and "Okay, wanted to tell you something but was going to Face Time you" | | |
| 28. | 8/8/18 Instagram messages with picture of Kokayi in the dark | | |
| 29. | Recording from 8/9/18<br>Session ID Number: 224971340 | | |
| 29(a) | Excerpts from above call<br>29A-1<br>29A-2<br>29A-3 | | |

| | | | |
|---|---|---|---|
| | 29A-4 | | |
| 29(b) | Transcripts of GX 29 Excerpts<br>29B-1<br>29B-2<br>29B-3<br>29B-4 | | |
| 30. | 8/9/18 FaceTime Photograph of Kokayi in black polo shirt recovered from MFV's phone | | |
| 31. | 8/9/18 FaceTime video of Kokayi in black polo shirt recovered from MFV's phone | | |
| 32. | Recording from 8/10/18<br>Session ID Number: 225023653 | | |
| 32(a) | Excerpts from above call<br>32A-1<br>32A-2<br>32A-3 | | |
| 32(b) | Transcripts of GX 32 Excerpts<br>32B-1<br>32B-2<br>32B-3 | | |
| 33. | Recording from 8/11/18<br>Session ID Number: 225082015 | | |
| 33(a) | Excerpts from above<br>33A-1<br>33A-2<br>33A-3<br>33A-4<br>33A-5 | | |
| 33(b) | Transcripts of GX 33 Excerpts<br>33B-1<br>33B-2<br>33B-3<br>33B-4<br>33B-5 | | |
| 34. | Second Recording from 8/11/18<br>Session ID Number: 225083065 | | |
| 34(a) | Excerpts from above<br>34A-1<br>34A-2<br>34A-3<br>34A-4<br>34A-5<br>34A-6 | | |
| 34(b) | Transcripts of GX 34 Excerpts<br>34B-1<br>34B-2<br>34B-3<br>34B-4 | | |

| | | | |
|---|---|---|---|
| | 34B-5 34B-6 | | |
| 35. | [omitted] | | |
| 36. | 8/12/18 Facetime Photo of Kokayi without shirt recovered from MFV's phone | | |
| 37. | 8/12/18 Facetime Video of Kokayi without shirt recovered from MFV's phone | | |
| 38. | Recording from 8/12/18 Session ID Number: 225112925 | | |
| 38(a) | Excerpt from above call 38A-1 | | |
| 38(b) | Transcript of GX 38 Excerpt 38B-1 | | |
| 39. | 8/14/18 Texts between Kokayi and MFV in which MFV sends Kokayi picture of Kokayi without shirt and he responds "omg u saved it" | | |
| 40. | Recording from 8/15/18 Session ID Number: 225193944 | | |
| 40(a) | Excerpt from above 40A-1 | | |
| 40(b) | Transcript of GX 40 Excerpt 40B-1 | | |
| 41. | 8/15/18 FaceTime video of Kokayi in blue shirt and white earphones and MFV says something inaudible in the background recovered from MFV's phone | | |
| 42. | 8/17/18 FaceTime photo of Kokayi in white tank top and earphones recovered from MFV's phone | | |
| 43. | 8/17/18 FaceTime video of Kokayi in white tank top and earphones recovered from MFV's phone | | |
| 44. | Recording from 8/19/18 Session ID Number: 225316222 | | |
| 44(a) | Excerpts from above 44A-1 44A-2 44A-3 44A-4 | | |
| 44(b) | Transcript of GX 44 Excerpts 44B-1 44B-2 44B-3 44B-4 | | |
| 45. | 8/19/18 text from Kokayi to MFV stating "oh btw I will get you guys Insha'Allah from the airport. 9pm right?" | | |
| 46. | 8/19/18 Instagram photo of MFV geo-tagged at [Midwestern landmark] | | |
| 47. | 8/22/18: Kokayi texts pictures of himself to MFV and says "sorry, that's all the pic I've got with me" | | |
| 48. | Recording of 8/22/18 | | |

| | | | |
|---|---|---|---|
| | Session ID Number: 45443 | | |
| 48(a) | Excerpts from above<br>48A-1<br>48A-2 | | |
| 48(b) | Transcripts of GX 48 Excerpts<br>48B-1<br>48B-2 | | |
| 49. | 8/22/18 Facetime Photograph of KOKAYI with black tanktop recovered from MFV's phone | | |
| 50. | 8/22/18 Facetime Video of KOKAYI with black tanktop recovered from MFV's phone | | |
| 51. | Recording of 8/22/18<br>Session ID Number: 45446 | | |
| 51(a) | Excerpt of above<br>51A-1 | | |
| 51(b) | Transcript of GX 51 Excerpt<br>51B-1 | | |
| 52. | Recording of 8/22/18<br>Session ID Number: 225419128 | | |
| 52(a) | Excerpts from above<br>52A-1<br>52A-2<br>52A-3<br>52A-4 | | |
| 52(b) | Transcripts of GX 52 Excerpts<br>52B-1<br>52B-2<br>52B-3<br>52B-4 | | |
| 53. | Recording of 8/22/18<br>Session ID Number: 45452 | | |
| 53(a) | Excerpt from above | | |
| 53(b) | Transcript of GX 53 excerpt | | |
| 54. | Recording of 8/22/18<br>Session ID Number: 225421728 | | |
| (a) | Excerpt from above<br>54A-1 | | |
| (b) | Transcript from GX 54 Excerpt<br>54A-2 | | |
| 55. | Miranda form | | |
| 56. | Video of defendant's voluntary interview | | |
| 56(a) | Relevant excerpts of defendant's voluntary interview<br>56A-1<br>56A-2<br>56A-3<br>56A-4<br>56A-5<br>56A-6<br>56A-7<br>56A-8 | | |

|  |  |  |  |
|---|---|---|---|
|  | 56A-9<br>56A-10<br>56A-11 |  |  |
| 56(b) | Transcript of excerpts of defendant's voluntary interview<br>56B-1<br>56B-2<br>56B-3<br>56B-4<br>56B-5<br>56B-6<br>56B-7<br>56B-8<br>56B-9<br>56B-10<br>56B-11 |  |  |
| 57. | iPhone seized from Kokayi |  |  |
| 58. | Extraction of Kokayi iPhone |  |  |
| 59. | Apple subscriber information for Kokayi |  |  |
| 60. | Photographs of MFV's iPhone taken at the time of the search |  |  |
| 61. | Extraction of MFV iPhone |  |  |
| 62. | Select photographs ("selfies") of MFV from MFV phone |  |  |
| 63. | Apple subscriber info for MFV's iCloud |  |  |
| 64. | Photographs of MFV's iPhone taken at the time of return |  |  |
| 65. | Copy of MFV passport |  |  |
| 66. | Copy of MFV birth certificate |  |  |
| 67. | Video of MFV interview |  |  |
| 67(a) | Excerpts of MFV interview<br>67A-1<br>67A-2<br>67A-3<br>67A-4<br>67A-5<br>67A-6<br>67A-7<br>67A-8<br>67A-9<br>67A-10<br>67A-11<br>67A-12<br>67A-13<br>67A-14 |  |  |
| 67(b) | Screenshot of MFV interview |  |  |
| 68. | Photographs from search of Kokayi house |  |  |
| 69. | Email and attached apartment lease showing defendant's address |  |  |

| | | | |
|---|---|---|---|
| 70. | Apple records showing 69 Facetime calls with MFV in August 2018 | | |
| 71. | Summary chart showing number, dates, locations, and length of Facetime and audio calls between Kokayi and MFV | | |
| 72. | Cell phone precision location data for Kokayi's phone | | |
| 73. | Map showing physical location of location data identified in GX72 | | |
| 74. | Spirit airlines records of MFV travel | | |
| 75. | Chart showing dates, times, and durations of phone calls between Kokayi and MFV | | |
| 76. | Kokayi personnel file listing his age, phone number and email address | | |
| 77. | Disk containing 256 recorded audio calls between MFV and minor in August 2018 | | |
| 78. | Selected Kokayi Google Searches | | |
| 79. | Disk containing Session ID Numbers: 45443, 45446, and 45452 | | |
| 80. | Recording of 8/2 call<br>Session ID Number: 224802462 | | |
| 80(a) | Excerpts from above call<br>80A-1<br>80A-2<br>80A-3<br>80A-4 | | |
| 80(b) | Transcripts of GX 80 Excerpts<br>80B-1<br>80B-2<br>80B-3<br>80B-4 | | |
| 81. | Photographs of the defendant's phone in his bedroom | | |
| 82. | Photographs of the defendant's phone after data extraction | | |

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Kellen S. Dwyer
Dennis M. Fitzpatrick
Assistant United States Attorneys
Joseph Attias
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3700
Kellen.Dwyer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to all counsel of record in this matter.

By: _____/s/_____
Kellen S. Dwyer
Assistant United States Attorney
Eastern District of Virginia
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700