

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEITU SULAYMAN KOKAYI,<br><br>Defendant. | Criminal No. 1:18-cr-410<br><br>Hon. Leonie M. Brinkema |

### STIPULATION

The United States and the defendant, Seitu Sulayman Kokayi, by and through the undersigned counsel, hereby stipulate and agree to the following:

1. Deleted
2. Government's Exhibit ("GX") 77 contains authentic recordings of phone conversations between the defendant and the minor female and GX75 contains an accurate listing of the dates, times, and durations of those phone conversations.
3. GX71 contains an accurate summary of the dates, times, and durations of phone calls and FaceTime calls between the defendant and the minor female.
4. GX79 contains three recordings that made from the defendant's residence at the following times:
   a. Session 45443 was recorded from 2:33 PM to 3:03 PM EDT.
   b. Session 45446 was recorded from 3:03 PM to 3:33 PM EDT.
   c. Session 45452 was recorded from 4:03 PM o 4:33 PM EDT.
5. GX57 is the defendant's iPhone which was seized from his residence by the FBI on August 23, 2018.
6. GX58 is an accurate extraction of data from the defendant's iPhone.
7. "FaceTime" is a mobile video chatting application created by Apple that works via the internet.

The defendant reserves the right to make all other objections with respect to this evidence, including but not limited to objections as to relevance, prejudice, and hearsay.

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| G. Zachary Terwilliger<br>United States Attorney<br><br>*/s/ Kellen S. Dwyer*<br>Kellen S. Dwyer<br>Dennis M. Fitzpatrick<br>Assistant United States Attorney | */s/ Mark J. Petrovich*<br>Mark J. Petrovich<br>Anthony H. Nourse<br>Counsel for Seitu Sulayman Kokayi |

1

APR 8 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA