IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 1:18-cr-410 |
| ) | |
| SEITU SULAYMAN KOKAYI, ) | Hearing Date: 06/28/2019 |
| ) | |
| Defendant. ) | The Honorable Leonie M. Brinkema |

### BRIEFING ORDER

This matter is before the court on the government's Consent Motion for Entry of Briefing Order. The government's motion is GRANTED. The parties shall abide by the following schedule in filing any post-trial motions and sentencing memoranda:

- Monday, May 20, 2019 – Post-Trial Motions/Opening Briefs Due

- Monday, June 10, 2019 – Response Briefs to Post-Trial Motions Due

IT IS SO ORDERED.

/s/
Leonie M. Brinkema
United States District Judge

Date: April 22, 2019
Alexandria, Virginia